B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Archetype Construction Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **13-3733778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **147 Broadway Hawthorne, NY** ZIP Code **10532** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **P.O. Box 4 Hawthorne, NY** ZIP Code **10532** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Archetype Construction Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Archetype Construction Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**
_____
Address

**(914) 681-0200  Fax: (914) 684-0288**
Telephone Number

**December 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Duarte Pereira**
Signature of Authorized Individual

**Duarte Pereira**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 12, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    Archetype Construction Corp.    Case No.
                         Debtor(s)    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Empire State Carpenters<br>10 Corporate Drive<br>Suite #B<br>Hopewell Junction, NY 12533 | Empire State Carpenters<br>10 Corporate Drive<br>Suite #B<br>Hopewell Junction, NY 12533 | Union benefits | | 274,292.61 |
| McLean Rebar<br>147 Broadway<br>Hawthorne, NY 10532 | McLean Rebar<br>147 Broadway<br>Hawthorne, NY 10532 | Promissory Note | | 223,000.00 |
| Empire State Carpenters<br>10 Corporate Drive<br>Suite #B<br>Hopewell Junction, NY 12533 | Empire State Carpenters<br>10 Corporate Drive<br>Suite #B<br>Hopewell Junction, NY 12533 | Union benefits | | 204,551.71 |
| NY District Council Carpenters Benefit Funds<br>395 Hudson Street<br>New York, NY 10014 | NY District Council Carpenters Benefit Funds<br>395 Hudson Street<br>New York, NY 10014 | Union benefits | | 158,703.49 |
| NY District Council Carpenters Benefit Funds<br>395 Hudson Street<br>New York, NY 10014 | NY District Council Carpenters Benefit Funds<br>395 Hudson Street<br>New York, NY 10014 | Arbitration Award/ Union benefits | | 137,167.10 |
| NYS Depat. of Tax & Finance<br>Bankruptcy Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Depat. of Tax & Finance<br>Bankruptcy Special Procedures<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Tax Type: WITHLD | | 131,791.90 |
| Cement Mason 780<br>1983 Marcus Avenue<br>New Hyde Park, NY 11042 | Cement Mason 780<br>1983 Marcus Avenue<br>New Hyde Park, NY 11042 | Union Benefits | | 94,467.53 |
| Cement and Concrete Workers<br>35-50 Francis Lewis Blvd<br>Suite #201<br>Flushing, NY 11358 | Cement and Concrete Workers<br>35-50 Francis Lewis Blvd<br>Suite #201<br>Flushing, NY 11358 | Union benefits | | 87,914.79 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | Credit Card | | 31,343.11 |
| Citibank/Exxon Mobil<br>P.O. Box 688938<br>Des Moines, IA 50368 | Citibank/Exxon Mobil<br>P.O. Box 688938<br>Des Moines, IA 50368 | Business Credit Card | | 29,200.73 |

B4 (Official Form 4) (12/07) - Cont.

In re  Archetype Construction Corp.  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jackson Lewis P.C.<br>44 South Broadway<br>14th Floor<br>White Plains, NY 10601 | Jackson Lewis P.C.<br>44 South Broadway<br>14th Floor<br>White Plains, NY 10601 | Attorneys' Fees | | 20,626.11 |
| Metallic Lathers Union #46<br>Reinforcing Iron Workers<br>260 East 78th Street<br>New York, NY 10075 | Metallic Lathers Union #46<br>Reinforcing Iron Workers<br>260 East 78th Street<br>New York, NY 10075 | Union benefits | | 17,000.00 |
| Almeida Concrete Pumping<br>97-25 72nd Drive<br>Forest Hills, NY 11375 | Almeida Concrete Pumping<br>97-25 72nd Drive<br>Forest Hills, NY 11375 | Vendor | | 12,458.00 |
| Action Pump Concrete<br>1659 Bard Lane<br>East Meadow, NY 11554 | Action Pump Concrete<br>1659 Bard Lane<br>East Meadow, NY 11554 | Vendor | | 10,064.07 |
| Lomba Masonry<br>10 St. Charles Street<br>#8B<br>London, KY 40742 | Lomba Masonry<br>10 St. Charles Street<br>#8B<br>London, KY 40742 | Supplier | | 10,000.00 |
| Melrose Building Supply<br>411 East 163rd Street<br>Bronx, NY 10451 | Melrose Building Supply<br>411 East 163rd Street<br>Bronx, NY 10451 | Supplier | | 7,780.00 |
| Hilti Inc.<br>P.O. Box 21148<br>Tulsa, OK 74121-1148 | Hilti Inc.<br>P.O. Box 21148<br>Tulsa, OK 74121-1148 | Supplier | | 7,564.43 |
| Teamsters Local 456<br>Benefit Funds<br>160 South Central Avenue<br>Hawthorne, NY 10532 | Teamsters Local 456<br>Benefit Funds<br>160 South Central Avenue<br>Hawthorne, NY 10532 | Union benefits | | 7,204.24 |
| American Pumping, Inc.<br>11 Possum Road<br>Ossining, NY 10562 | American Pumping, Inc.<br>11 Possum Road<br>Ossining, NY 10562 | Vendor | | 5,114.70 |
| Glens Towing Inc.<br>d/b/a HHH Auto Body<br>110 Nepperhan Avenue<br>Hawthorne, NY 10532 | Glens Towing Inc.<br>d/b/a HHH Auto Body<br>110 Nepperhan Avenue<br>Hawthorne, NY 10532 | Vendor | | 2,686.07 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Archetype Construction Corp.                          Case No.

                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 12, 2014                       Signature  /s/ Duarte Pereira
                                                                                Duarte Pereira
                                                                                President

        *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                            18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Southern District of New York

In re **Archetype Construction Corp.**, 
Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Teixiera** | | **50%** | |
| **Duarte Pereira** | | **50%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 12, 2014**    Signature **/s/ Duarte Pereira**
**Duarte Pereira**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   Archetype Construction Corp.                               Case No.
                              Debtor(s)                            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 12, 2014              /s/ Duarte Pereira
                                       Duarte Pereira/President
                                       Signer/Title

```
ACTION PUMP CONCRETE
1659 BARD LANE
EAST MEADOW, NY 11554


ALMEIDA CONCRETE PUMPING
97-25 72ND DRIVE
FOREST HILLS, NY 11375


AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


AMERICAN PUMPING, INC.
11 POSSUM ROAD
OSSINING, NY 10562


ATNM CORP.
130 WOODSIDE AVENUE
BRIARCLIFF MANOR, NY 10510


BERGER TRUE VALUE HARDWARE
443 COMMERCE STREET
HAWTHORNE, NY 10532


CASA REDIMIX CONCRETE
886 EDGEWATER ROAD
BRONX, NY 10474


CEMENT AND CONCRETE WORKERS
35-50 FRANCIS LEWIS BLVD
SUITE #201
FLUSHING, NY 11358


CEMENT MASON 780
1983 MARCUS AVENUE
NEW HYDE PARK, NY 11042


CITIBANK/EXXON MOBIL
P.O. BOX 688938
DES MOINES, IA 50368


CITIBANK/EXXON MOBIL
C/O PRO CONSULTING SERVICES
PO BOX 66768
HOUSTON, TX 77266
```

```
CNA SURETY
VERONICA D. PAULSON
101 S. REID ST., STE 300
SIOUX FALLS, SD 57103-7046


COMPUTER FORMS
P.O. BOX 23456
PORTLAND, OR 97281


DECKER TOOL RENTAL
3 CROSS STREET
HAWTHORNE, NY 10532


DUARTE PEREIRA
39 HOLDBROOK LANE
BRIARCLIFF MANOR, NY 10510


EMPIRE STATE CARPENTERS
10 CORPORATE DRIVE
SUITE #B
HOPEWELL JUNCTION, NY 12533


GLENS TOWING INC.
D/B/A HHH AUTO BODY
110 NEPPERHAN AVENUE
HAWTHORNE, NY 10532


HILTI INC.
P.O. BOX 21148
TULSA, OK 74121-1148


INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
ATTN: L. PRINCE
210 EAST POST ROAD
WHITE PLAINS, NY 10601
```

```
IRON WORKERS LOCAL 40, 361
& 417 UNION SECURITY FUNDS
451 PARK AVENUE SOUTH
NEW YORK, NY 10016


JACKSON LEWIS P.C.
44 SOUTH BROADWAY
14TH FLOOR
WHITE PLAINS, NY 10601


KUPASAMMY BANGGAROO
NY DISTRICT COUNCIL CARPENTERS
395 HUDSON STREET
NEW YORK, NY 10014


LOMBA MASONRY
10 ST. CHARLES STREET
#8B
LONDON, KY 40742


MCLEAN REBAR
147 BROADWAY
HAWTHORNE, NY 10532


MCLEAN REBAR
C/O THE MCCARTHY LAW FIRM PC
1 CROTON POINT AVENUE
CROTON ON HUDSON, NY 10520


MELROSE BUILDING SUPPLY
411 EAST 163RD STREET
BRONX, NY 10451


MERCEDES BENZ FINANCIAL
2050 ROANOKE RD.
ROANOKE, TX 76262-9616


MERCEDES-BENZ FINANCIAL
2050 ROANOKE RD
ROANOKE, TX 76262-9616


METALLIC LATHERS UNION #46
REINFORCING IRON WORKERS
260 EAST 78TH STREET
NEW YORK, NY 10075
```

```
NORMAL ACQUATICS
562 CHURCH HILL ROAD
TRUMBULL, CT 06611


NY DISTRICT COUNCIL CARPENTERS
BENEFIT FUNDS
395 HUDSON STREET
NEW YORK, NY 10014


NY DISTRICT COUNCIL CARPENTERS
C/O VIRGINIA & AMBINDER
111 BROADWAY, SUITE 1403
NEW YORK, NY 10006


NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007


NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
LEGAL AFFAIRS - DEVORA COHN
BROOKLYN, NY 11201


NYCON SUPPLY CORP.
47-17 27TH STREET
LONG ISLAND CITY, NY 11101


NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
 P.O. BOX 5300
ALBANY, NY 12205-0300


NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCUDRES
15 METRO TECH CENTER, 5TH FL.
BROOKLYN, NY 11201


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201
```

```
RED HAWK FIRE SECURITY
P.O. BOX 842895
BOSTON, MA 02284-2895


RICOH USA INC.
3920 ARKWRIGHT ROAD
SUITE #400
MACON, GA 31210-1748


RYK TIERNEY, EXEC. DIR.
NY DISTRICT COUNCIL CARPENTERS
395 HUDSON STREET
NEW YORK, NY 10014


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SPRINT PCS
P.O. BOX 8077
LONDON, KY 40742


TEAMSTERS LOCAL 456
BENEFIT FUNDS
160 SOUTH CENTRAL AVENUE
HAWTHORNE, NY 10532


THE BLUE BOOK
P.O. BOX 500
JEFFERSON VALLEY, NY 10535


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


WESTERN SURETY COMPANY
ATTN: BOND CLAIM DEPT
101 S. PHILLIPS AVENUE
HAWTHORNE, NY 10532
```

**United States Bankruptcy Court**
**Southern District of New York**

In re   Archetype Construction Corp.                                    Case No.
                                        Debtor(s)                       Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Duarte Pereira, declare under penalty of perjury that I am the President of Archetype Construction Corp., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of December, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Duarte Pereira, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Duarte Pereira, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Duarte Pereira, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   December 12, 2014                        Signed   */s/ Duarte Pereira*
                                                         Duarte Pereira, President

Resolution of Board of Directors
of
Archetype Construction Corp.

      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Duarte Pereira, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that Duarte Pereira, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that Duarte Pereira, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  December 12, 2014                  Signed  */s/ Duarte Pereira*
                                                              Duarte Pereira, President